UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DERRICK COURTNEY FRANKLIN, II,<br><br>Defendant. | Case No. 1:15-cr-00242-BLW<br><br>ORDER |

    The Court has before it the Government's Motion for Protective Order (Dkt. 99). The motion is **GRANTED**.

    The government shall provide the information identified in Dkt. 86 to defense counsel. Defense counsel is prohibited from copying, forwarding and/or otherwise disseminating the information to any person or entity, other than defense counsel's employees, investigators, or agents. Defense counsel's employees, investigators, or agents, shall also not provide the information to any other persons. Defense counsel's employees, investigators, or agents shall not copy, forward, or otherwise disseminate the information to any other person or entity.

    The defendant may review the document or electronic communication containing the information, while in defense counsel's possession. The document or electronic communication will remain in defense counsel's possession and a copy will not be provided to the defendant or other persons, except as provided herein. The defendant

shall not maintain possession of the document or electronic communication or any copy thereof. The defendant shall not provide the information to any other persons. The defendant shall not copy, forward, or otherwise disseminate any document or electronic communication containing the information to any other person or entity. Defense counsel shall also ensure that the defendant or others do not use any device to copy, forward, or otherwise disseminate the information.

DATED: September 6, 2016

_____
B. Lynn Winmill
Chief Judge
United States District Court

**ORDER - 2**