FILED

UNITED STATES COURT OF APPEALS

JUN 27 2017

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 16-30313 |
| Plaintiff-Appellee, | D.C. No. 1:15-cr-00242-BLW |
| v. | District of Idaho, Boise |
| DERRICK COURTNEY FRANKLIN II, | |
| Defendant-Appellant. | ORDER |

Appellant's motion for voluntary dismissal of this appeal (Docket Entry
No. 13) is granted.  This appeal is dismissed.  *See* Fed. R. App. P. 42(b); 9th Cir.
R. 27-9.1.

This order served on the district court shall act as and for the mandate of this
court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Don Lewis
Deputy Clerk
Ninth Circuit Rule 27-7

DL/AppComm Direct Criminal